UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC SMITH,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>CITY OF YANKTON; STATE OF SOUTH DAKOTA; FIRST JUDICIAL CIRCUIT COURT; and COUNTY OF YANKTON,<br><br>　　　　　Respondents. | 4:23-CV-04174-LLP<br><br>JUDGMENT |

Under the Order Dismissing Case for Failure to Prosecute, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of respondents and against petitioner, Eric Smith, dismissing the complaint without prejudice for failure to prosecute.

DATED February 26, 2024.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

1